# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

            Plaintiff,

v.                                                            Case No. 20-CR-30

STEVEN CORTES-IRIZARRY, et al.,

            Defendants.

# ORDER

On December 21, 2020, Attorney Jeffrey L. Murrell was appointed to represent Steven Cortes-Irizarry. The following day, the court held two telephonic conferences—a scheduling conference with all counsel (ECF No. 494) and an *ex parte* status conference with all appointed counsel (ECF No. 503). Attorney Murrell did not appear at either conference.

On January 12, 2021, the court held an *ex parte* status conference with all appointed counsel. (ECF No. 507.) Attorney Murrell again did not appear.

On March 10, 2021, the court held another *ex parte* telephonic conference with all appointed counsel. (ECF No. 528.) Again, Attorney Murrell did not appear.

On March 31, 2021, the court received a letter from Cortes-Irizarry stating that Attorney Murrell has never contacted him. (ECF No. 532.) He learned Attorney Murrell was appointed to represent him only because he contacted the Federal Defender and was told Attorney Murrell had been appointed. Cortes-Irizarry states he has left voicemail messages for Attorney Murrell, and his calls have not been returned. (ECF No. 532.) Cortes-Irizarry requested that Attorney Murrell be removed from his case. (ECF No. 532.)

Court staff attempted to schedule a hearing to address Cortes-Irizarry's concerns. The emails and voicemails that court staff left with Attorney Murrell have not been returned. In light of this complete absence of communication, both with the court and with his client, Cortes-Irizarry's motion for new counsel will be granted and Attorney Murrell relieved of any further representation in this matter. Attorney Murrell shall promptly provide all records and discovery to successor counsel.

The court notes that Attorney Murrell is counsel of record in another criminal matter pending in this district. On October 13, 2021, Attorney Murrell filed a notice of appearance in 20-CR-185 indicating that he was retained to represent defendant Shayla A. Knueppel. A status conference was held in that action on March 19, 2021, and, according to the minutes of those proceedings, Attorney Murrell did not appear. (20-CR-188, ECF No. 208.) The Clerk shall provide a copy of this order to the district judge

assigned in that matter so he may determine if any action is necessary to ensure the defendant's right to effective representation is safeguarded.

The Clerk shall also provide a copy of this order to Federal Defender Services of Wisconsin, Inc.

**IT IS THEREFORE ORDERED** that Cortes-Irizarry's motion for new counsel (ECF No. 532) is **granted**. Upon the appointment of successor counsel, Attorney Murrell is relieved of any further representation in this matter. Attorney Murrell shall promptly provide all records and discovery to successor counsel.

Dated at Milwaukee, Wisconsin this 8th day of April, 2021.

WILLIAM E. DUFFIN
U.S. Magistrate Judge